Commonwealth *v.* Dotti, Appellant.

706

█ Argued March 19, 1976. *Carmen P. Belefonte*, with him *Kassab, Cherry & Archbold*, for appellant; *Timothy H. Knauer*, Assistant District Attorney, with him *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.